Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| **WADE REEVES,** | Case Number: 1:15-CV-00977-GEB-BAM |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **TRANSWORLD SYSTEMS INC.,** | |
| Defendants, | |

//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 45 days.  Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 4, 2015 for filing a joint dismissal or a motion to reopen this matter if settlement is not fully consummated.

Respectfully submitted,

Date:  October 22, 2015          **HYDE & SWIGART**

                                 By:  s/ Crosby S. Connolly
                                      Crosby S. Connolly
                                      Attorneys for Plaintiff