Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for Transworld Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE REEVES, <br><br> Plaintiff, <br> vs. <br><br> TRANSWORLD SYSTEMS INC. <br><br> Defendant. | Case No.: 15-CV-00977 GEB-BAM <br><br> STIPULATION TO DISMISS ENTIRE CASE, WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wade Reeves and Defendant Transworld Systems, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, as to Defendant Transworld Systems, Inc.

Dated:  11/17/15          HYDE & SWIGART

                          */s/Crosby S. Connolly*
                          Crosby S. Connolly
                          Attorney for Plaintiff
                          Wade Reeves

STIPULATION TO DISMISS WITH PREJUDICE

1

| | |
|---|---|
| Dated: 11/17/15 | SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.P.<br><br>*/s/Damian P. Richard*<br>Damian P. Richard<br>Attorney for Defendant<br>Transworld Systems, Inc. |